|   |   |
|---|---|
| | **IN THE UNITED STATES DISTRICT COURT** |
| | **FOR THE DISTRICT OF ARIZONA** |

| | | |
|---|---|---|
| Michael Joe Murdaugh, | ) | No. CV-09-831-PHX-CKJ |
| Petitioner, | ) ) | <u>DEATH PENALTY CASE</u> |
| vs. | ) ) ) | |
| Charles L. Ryan, Director, Arizona Department of Corrections, and William White, Warden, Arizona State Prison - Eyman Complex, | ) ) ) ) ) | **ORDER FOR STAY OF EXECUTION** |
| Respondents. | ) ) ) | |

Petitioner Michael Joe Murdaugh, a state prisoner under sentence of death, has filed a notice of intent to file a petition for writ of habeas corpus under 28 U.S.C. § 2254, a motion for appointment of counsel under 18 U.S.C. § 3599, and a request for stay of execution, currently set for May 26, 2009. Initial stays of execution are appropriately granted in death penalty cases when no previous habeas petitions have resulted in a final order deciding the merits of federal habeas claims or resulted in a finding that relief is precluded on procedural grounds. *McFarland v. Scott*, 512 U.S. 849 (1994); 28 U.S.C. § 2251.

The Court has contacted the Office of the Attorney General for the State of Arizona and has informed it of Petitioner's request for a stay of execution. Respondents, through counsel, agree that Petitioner has not previously pursued federal habeas relief. Therefore, Respondents do not object to a stay of execution.

1    Accordingly,

2    **IT IS HEREBY ORDERED** that Petitioner's Warrant of Execution is stayed
3    pending the filing of a Petition for Writ of Habeas Corpus detailing all of Petitioner's known
4    federal claims and resolution of the issues raised therein.

5    **IT IS FURTHER ORDERED** that Petitioner remain in the custody of the Arizona
6    Department of Corrections pending further order of this Court.

7    **IT IS FURTHER ORDERED** that the Clerk of Court make immediate telephonic
8    notice of this Order to Charles L. Ryan, Director of the Arizona Department of Corrections;
9    Terry Goddard, Attorney General of the State of Arizona; Rachelle Resnick, Clerk of the
10   Arizona Supreme Court; and Carson McWilliams, Warden of the Arizona State Penitentiary
11   at Florence, and that a copy of this Order be served on these individuals by the United States
12   Marshal forthwith.

13   **IT IS FURTHER ORDERED** that the Clerk of Court forward a copy of this Order
14   to Petitioner Michael Joe Murdaugh, ADOC # 162753, P.O. Box 3400, Florence, AZ 85232.

15   DATED this 21st day of April, 2009.

_____
Cindy K. Jorgenson
United States District Judge