**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Joe Murdaugh, | ) No. CV 09-831-PHX-FJM |
| Petitioner, | ) <u>DEATH PENALTY CASE</u> |
| vs. | ) |
| | ) **SCHEDULING ORDER** |
| Charles L. Ryan, et al., | ) |
| Respondents. | ) |

On June 2, 2009, the Court held a case management conference in this matter. In accordance with the discussion held during the conference,

**IT IS ORDERED**:

1. Petitioner shall file a Petition for Writ of Habeas Corpus no later than **September 24, 2009**.

2. Respondents shall file an answer to the petition no later than **November 23, 2009**.

3. Petitioner shall file a reply to the answer no later than **December 23, 2009**.

4. Any motion for evidentiary development shall be filed no later than **January 22, 2010**.

5. A response to any motion for evidentiary development shall be filed no later than **February 8, 2010**.

1  6. A reply to any response to a motion for evidentiary development shall be filed
2  no later than **February 23, 2010**.

3  **IT IS FURTHER ORDERED** that, absent extraordinary circumstances justifying a
4  continuance, the parties shall adhere to the deadlines set forth herein.

5  **IT IS FURTHER ORDERED** that the pleadings, briefs, and motions scheduled
6  herein shall conform with the format set forth in the Court's Order of Appointment and
7  General Procedures (Dkt. 7).

8  **IT IS FURTHER ORDERED** that a case management conference will be held on
9  **August 28, 2009, at 1:30 p.m.** in Courtroom 506.

10  DATED this 3rd day of June, 2009.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge