**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Joe Murdaugh, | No. CV 09-831-PHX-FJM |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| vs. | |
| | **ORDER** |
| Charles L. Ryan, et al., | |
| Respondents. | |

To ensure efficient review and adjudication of Petitioner's federal habeas claims, it is essential that the Court obtain a copy of the state court record.

Accordingly,

**IT IS ORDERED** that the Clerk of the Arizona Supreme Court transmit a copy of the minutes, instruments and transcripts from Petitioner's trial and sentencing (Maricopa County Superior Court No. CR1995-006472); the minutes, instruments and transcripts from any Rule 32 proceedings in the possession of the Arizona Supreme Court; and a copy of any briefs filed in the Arizona Supreme Court (Arizona Supreme Court No. CR-01-0421-AP; any related Special Action proceedings; and any related petitions for review) to:

Richard H. Weare, Clerk, United States District Court

401 West Washington Street, Suite 130, SPC 1

Phoenix, Arizona 85003-2118

1  **IT IS FURTHER ORDERED** that the Clerk of Court send a copy of this Order to: Rachelle M. Resnick, Clerk of the Arizona Supreme Court, 1501 W. Washington, Suite 402, Phoenix, Arizona 85007-3329.

DATED this 3rd day of June, 2009.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge