Jon M. Sands
Federal Public Defender
Paula K. Harms (Ariz. Bar No. 022486)
Therese M. Day (Georgia Bar No. 213810)
Assistant Federal Public Defenders
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
paula_harms@fd.org
therese_day@fd.org
602.382.2816
602.889.3690 (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Joe Murdaugh,<br><br>　　　　Petitioner,<br><br>vs.<br><br>Dora B. Schriro, et al.,<br><br>　　　　Respondents. | No. CV 09-831-PHX-CKJ<br><br>Death Penalty Case<br><br>Notice of Appearance |

　　　　Petitioner, Michael Joe Murdaugh, gives notice to the Court and Respondents that Therese M. Day will appear in this matter along with Paula K. Harms on behalf of Mr. Murdaugh, as counsel of record.

　　　　Respectfully submitted this 22nd day of June, 2009.

　　　　　　　　　　　　　　　　　Jon M. Sands
　　　　　　　　　　　　　　　　　Federal Public Defender
　　　　　　　　　　　　　　　　　Therese M. Day
　　　　　　　　　　　　　　　　　Assistant Federal Public Defender


　　　　　　　　　　　　　　　　　By  s/Therese M. Day
　　　　　　　　　　　　　　　　　　　Counsel for Petitioner

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June, 2009, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Jeffrey A. Zick
Assistant Attorney General
Capital Litigation Section
1275 West Washington
Phoenix, Arizona 85007-2997


By s/Nancy Rangel
  Legal Secretary
  Capital Habeas Unit