**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Michael Joe Murdaugh, | ) | No. CV 09-831-PHX-FJM |
| Petitioner, | ) | <u>DEATH PENALTY CASE</u> |
| vs. | ) | |
| | ) | **ORDER** |
| Charles L. Ryan, et al., | ) | |
| Respondents. | ) | |

On August 28, 2009, the Court convened a status conference in this matter. In light of the discussion held therein,

**IT IS ORDERED** that Petitioner's Motion to Supplement District Court Record (Dkt. 25) is denied as moot.

DATED this 7th day of October, 2009.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge